UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERSON AVILES-REYES,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR, et al.,

Respondents.

CASE NO. C26-3744JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is an emergency motion for a temporary restraining order ("TRO") filed by Raquel Elizabeth Aviles Reyes, acting as mother and proposed next friend of Petitioner Gerson Aviles-Reyes in this 28 U.S.C. § 2241 immigration habeas action. (TRO (Dkt. # 3); Next Friend App. (Dkt. # 4); *see also* Prop. Petition (Dkt. # 1).)

Ms. Aviles Reyes asserts that on Friday, October 2, 2026, the Government[1] warned Petitioner, a native and citizen of El Salvador, that his removal from the United States was imminent and likely to occur within 48 hours. (TRO at 1.) Ms. Aviles Reyes further asserts that, although Petitioner's last known address was the Northwest ICE Processing Center in Tacoma, Washington, the Government has either removed him to El Salvador or transferred him to a facility in El Paso, Texas, to facilitate his departure. (*Id.* ¶ 3.)

Because Petitioner's whereabouts are unknown, the court ORDERS the Government to disclose Petitioner's current location and the details of any planned or completed removal actions by **Tuesday October 6, 2026 at 12:00 P.M. (PT)**.

Filed and entered this 5th day of October, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

[1] Federal Respondents are ICE Field Office Director and the United States of America (referenced collectively herein as the "Government"). (TRO at 1.)