UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERSON AVILES-REYES,<br><br>Petitioner,<br>v.<br><br>ICE FIELD OFFICE DIRECTOR, et al.,<br><br>Respondents. | CASE NO. C26-3744JLR<br><br>ORDER |

Before the court is an emergency motion for a temporary restraining order ("TRO") filed by Raquel Elizabeth Aviles Reyes as mother and proposed next friend of Petitioner Gerson Aviles-Reyes in this 28 U.S.C. § 2241 immigration habeas action. (TRO (Dkt. # 3); Next Friend App. (Dkt. # 4); *see also* Petition (Dkt. # 9).) Ms. Aviles Reyes asserted in the motion for TRO that although Petitioner's last known address was the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington, the

Government[1] had either removed him to El Salvador or transferred him to a facility in El Paso, Texas, to facilitate his departure. (TRO ¶ 3.) On October 5, 2026, the court ordered the Government to disclose Petitioner's current location and the details of any planned or completed removal actions. (10/5/26 Order (Dkt. # 5).) At 9:28 p.m. PDT, the Government submitted a status report confirming that it had removed Petitioner to El Salvador earlier that day. (10/5/26 Status Report (Dkt. # 7) (citing Reed Decl. (Dkt. # 8) ¶ 8); *see also* Reed Decl. ¶¶ 6-7 (representing that the Government had transferred Petitioner from NWIPC on September 29, 2026, before Petitioner filed his habeas petition).) Because Petitioner is no longer in the custody of the United States, the court DENIES the TRO motion (Dkt. # 3), Ms. Aviles Reyes's next friend application (Dkt. # 4), and the petition (Dkt. # 9) as moot and DISMISSES this action without prejudice.

Dated this 6th day of October, 2026.

JAMES L. ROBART
United States District Judge

[1] Federal Respondents are ICE Field Office Director and the United States of America (referenced collectively herein as the "Government"). (TRO at 1.)